FILED
2024 Mar-19 PM 03:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A

| From: | Smith, Will |
|---|---|
| To: | Jamie Frawley |
| Cc: | Goldfarb, Jon C.; Henderson, Brooke; Malmat, Christina |
| Subject: | RE: Kelly v. Smith et al |
| Date: | Tuesday, January 30, 2024 9:03:00 AM |
| Attachments: | image001.png |
| | image002.png |
| | image003.png |

Jamie:

Please send me some dates for the individual defendants in the Kelly case to be deposed in March. And please let me know when you are available to discuss the missing interrogatory responses. I can be available any day this week. We need to have those responses in hand well before deposition dates.

Also, our subpoena to Walker County Sheriff's Office in this case included, among other requests, the two requests pasted below. To date, we have received no documents responsive to these two requests. These requests are unique to this case because the employment context of Ms. Kelly's claims makes comparator evidence relevant. Please produce the below information along with the verified interrogatory responses for each defendant on or before February 15, 2024.

Thanks,

Will Smith


20. Provide the personnel files of any employee who recorded videos from the WCSO cameras or who was accused of sharing such videos, along with any and all documents related to their employment, conduct, or performance, including but not limited to their applications, disciplines, write-ups, performance evaluations, work schedules, time records, records showing the dates and times they worked, electronically stored information relating to them, any audio and/or video recordings that relate to them, all documents related to any investigation concerning them and any and all other documents related to their employment, conduct, or performance.

21. For any employee who recorded videos from the WCSO cameras or who was accused of sharing such videos, provide all documents related to any investigation into the incident, including but not limited to the complete investigative file, all notes, interview transcripts, statements, photographs, videos, recordings, and all documents showing the outcome of the investigation and any disciplinary action, including termination, issued to the employee.


**L. William Smith**

wsmith@wigginschilds.com · Direct:205-314-0528

---

**From:** Jamie Frawley <JFrawley@WMWFIRM.COM>
**Sent:** Friday, December 22, 2023 12:51 PM
**To:** Smith, Will <wsmith@wigginschilds.com>
**Cc:** Goldfarb, Jon C. <jcg@wigginschilds.com>; Henderson, Brooke <bhenderson@wigginschilds.com>; Malmat, Christina <cmalmat@wigginschilds.com>
**Subject:** RE: Kelly v. Smith et al

I have attached a master list of documents that have been provided in the both cases (not including video and recordings). After review, the main thing that I agree is missing is the full download of the phone, which will be provided. I also note that we did not produce the Walker County Civil Service rules (because Ms. Kelly was still in her probationary period), but I am happy to do so. I did not realize that the interrogatory responses in Kelly were not provided with the others; those will be.

| **Jamie Helen Kidd Frawley**



WEBB MCNEILL WALKER PC
One Commerce Street, Suite 700 |Montgomery, AL 36104
Post Office Box 238 | Montgomery, AL 36101-0238

Email: jfrawley@wmwfirm.com
Phone: 334-262-1850 | Fax: 334-262-1772
Direct: 334-386-0483
www.wmwfirm.com

The law firm of Webb McNeill Walker PC has moved locations.  Please note our new address.

This e-mail and any attachments may contain confidential and privileged information. If you are not the intended recipient, please notify the sender immediately by return e-mail and destroy any copies. Any dissemination or use of this information by a person other than the intended recipient is unauthorized and may be illegal.

**From:** Smith, Will <wsmith@wigginschilds.com>
**Sent:** Thursday, December 21, 2023 8:28 AM
**To:** Jamie Frawley <JFrawley@WMWFIRM.COM>
**Cc:** Goldfarb, Jon C. <jcg@wigginschilds.com>; Henderson, Brooke <bhenderson@wigginschilds.com>; Malmat, Christina <cmalmat@wigginschilds.com>
**Subject:** RE: Kelly v. Smith et al

So – we still don't have responses to RFP or rog answers. I am thinking we need to set up a conference with the judge to discuss. I am heading out of the office tomorrow but could be available next week.

Thanks,

**L. William Smith**
wsmith@wigginschilds.com · Direct:205-314-0528

**From:** Jamie Frawley <JFrawley@WMWFIRM.COM>
**Sent:** Wednesday, December 13, 2023 4:51 PM
**To:** Smith, Will <wsmith@wigginschilds.com>
**Cc:** Goldfarb, Jon C. <jcg@wigginschilds.com>; Henderson, Brooke <bhenderson@wigginschilds.com>; Malmat, Christina <cmalmat@wigginschilds.com>
**Subject:** Re: Kelly v. Smith et al

I have been out of the office with illness. I am still investigating because I was under the impression those were sent in one of the emails. I will have a more definitive answer tomorrow.

Get Outlook for iOS

**From:** Smith, Will <wsmith@wigginschilds.com>
**Sent:** Tuesday, December 12, 2023 5:21:38 PM
**To:** Jamie Frawley <JFrawley@WMWFIRM.COM>
**Cc:** Goldfarb, Jon C. <jcg@wigginschilds.com>; Henderson, Brooke <bhenderson@wigginschilds.com>; Malmat, Christina <cmalmat@wigginschilds.com>
**Subject:** Re: Kelly v. Smith et al

Hi Jamie,

Just following up on this. One document that I know has not been produced is the image of Karen's phone that was downloaded. In further follow up, when can I expect written interrogatory and RFP responses so that we can have a constructive discussion?

Thanks,

**L. William Smith**

wsmith@wigginschilds.com · Direct:205-314-0528

**From:** Jamie Frawley <JFrawley@WMWFIRM.COM>
**Sent:** Thursday, December 7, 2023 3:21 PM
**To:** Smith, Will <wsmith@wigginschilds.com>
**Cc:** Goldfarb, Jon C. <jcg@wigginschilds.com>; Henderson, Brooke <bhenderson@wigginschilds.com>; Malmat, Christina <cmalmat@wigginschilds.com>
**Subject:** RE: Kelly v. Smith et al

Will,

Discovery specific to this case was produced on August 22 and 23rd, including documents bates-labeled as "Walker County Defendant Kelly" and a recording. I thought that interrogatory responses had also been produced, but I am checking to make sure that they did not get sent with the incorrect case file.

Would you have time Monday to talk through what other specific documents you're looking for?

Thanks,



**Jamie Helen Kidd Frawley**
WEBB MCNEILL WALKER PC
One Commerce Street, Suite 700 | Montgomery, AL 36104
Post Office Box 240909 | Montgomery, AL 36124

Email: jfrawley@wmwfirm.com
Phone: 334-262-1850 | Fax: 334-262-1772
Direct: 334-386-0483
www.wmwfirm.com

The law firm of Webb McNeill Walker PC has moved locations. Please note our new address.

This e-mail and any attachments may contain confidential and privileged information. If you are not the intended recipient, please notify the sender immediately by return e-mail and destroy any copies. Any dissemination or use of this information by a person other than the intended recipient is unauthorized and may be illegal.

**From:** Smith, Will <wsmith@wigginschilds.com>
**Sent:** Wednesday, December 6, 2023 4:49 PM
**To:** Jamie Frawley <JFrawley@WMWFIRM.COM>
**Cc:** Goldfarb, Jon C. <jcg@wigginschilds.com>; Henderson, Brooke <bhenderson@wigginschilds.com>; Malmat, Christina <cmalmat@wigginschilds.com>
**Subject:** RE: Kelly v. Smith et al

Jamie:

It appears we still have not received written discovery responses from your clients. We also don't appear to have a document production specific to our discovery responses – only what was produced in the other case. Please let me know your availability for a call regarding these issues this week.

Regards,

**L. William Smith**
wsmith@wigginschilds.com · Direct:205-314-0528

---

**From:** Jamie Frawley <JFrawley@WMWFIRM.COM>
**Sent:** Friday, July 14, 2023 5:52 PM
**To:** Smith, Will <wsmith@wigginschilds.com>
**Cc:** Goldfarb, Jon C. <jcg@wigginschilds.com>; Henderson, Brooke <bhenderson@wigginschilds.com>; Malmat, Christina <cmalmat@wigginschilds.com>
**Subject:** RE: Kelly v. Smith et al

Will,

As I had indicated, these requests and your first email had been flagged and were not delivered. After review, it appears that many of the documents requested have or will be produced in the Mitchell case. As Randy has communicated, we expect a large production early next week. Pursuant to our discussions, since the Mitchell case has already had more documents exchanged – notably including the videos – can we agree that those documents and the Bates numbers associated therewith will be the master copy in both cases?

I also do not show that we have ever received your initial disclosures, including in my quarantined files.

Thank you,



**Jamie Helen Kidd Frawley**
WEBB MCNEILL WALKER PC
One Commerce Street, Suite 700 | Montgomery, AL 36104
Post Office Box 240909 | Montgomery, AL 36124

Email: jfrawley@wmwfirm.com
Phone: 334-262-1850 | Fax: 334-262-1772
Direct: 334-386-0483
www.wmwfirm.com

The law firm of Webb McNeill Walker PC has moved locations. Please note our new address.

This e-mail and any attachments may contain confidential and privileged information. If you are not the intended recipient, please notify the sender immediately by return e-mail and destroy any copies. Any dissemination or use of this information by a person other than the intended recipient is unauthorized and may be illegal.

---

**From:** Smith, Will <wsmith@wigginschilds.com>
**Sent:** Thursday, July 13, 2023 9:47 AM
**To:** Jamie Frawley <JFrawley@WMWFIRM.COM>
**Cc:** Goldfarb, Jon C. <jcg@wigginschilds.com>; Henderson, Brooke <bhenderson@wigginschilds.com>; Malmat, Christina <cmalmat@wigginschilds.com>
**Subject:** RE: Kelly v. Smith et al

Jamie:

I am following up on this. What is the status of these discovery responses?

**L. William Smith**
wsmith@wigginschilds.com · Direct:205-314-0528

**From:** Jamie Frawley <JFrawley@WMWFIRM.COM>
**Sent:** Wednesday, June 28, 2023 12:58 PM
**To:** Smith, Will <wsmith@wigginschilds.com>
**Cc:** Goldfarb, Jon C. <jcg@wigginschilds.com>; Henderson, Brooke <bhenderson@wigginschilds.com>; Malmat, Christina <cmalmat@wigginschilds.com>
**Subject:** Re: Kelly v. Smith et al

This email had been flagged, and I did not see it until just now. I will look into this and get back to you .

Thank you,

Jamie

Get Outlook for iOS

---

**From:** Smith, Will <wsmith@wigginschilds.com>
**Sent:** Monday, June 26, 2023 11:49:04 AM
**To:** Jamie Frawley <JFrawley@WMWFIRM.COM>
**Cc:** Goldfarb, Jon C. <jcg@wigginschilds.com>; Henderson, Brooke <bhenderson@wigginschilds.com>; Malmat, Christina <cmalmat@wigginschilds.com>
**Subject:** RE: Kelly v. Smith et al

Jamie:

The responses to these discovery requests are now overdue. Any objections that might otherwise have bene asserted are now waived. Please let me know when your clients intend to provide responses and documents.

Regards,

**L. William Smith**
wsmith@wigginschilds.com · Direct:205-314-0528

---

**From:** Smith, Will
**Sent:** Friday, May 19, 2023 3:42 PM
**To:** Jamie Frawley <JFrawley@WMWFIRM.COM>
**Cc:** Goldfarb, Jon C. <jcg@wigginschilds.com>; Henderson, Brooke <BHenderson@wigginschilds.com>; Malmat, Christina <CMalmat@wigginschilds.com>
**Subject:** Kelly v. Smith et al

Jamie:

Attached please find Plaintiff's initial discovery requests, along with two subpoenas we intend to issue next Wednesday, May 24. Please advise of any objections to the subpoenas.

Regards,

**WIGGINS CHILDS PANTAZIS FISHER GOLDFARB**
*Advocates & Litigators*

**L. William Smith**, *Member*
The Kress Building
301 19th Street North · Birmingham, AL 35203
Direct Dial/Fax/Text: **205-314-0528**
wsmith@wigginschilds.com · www.wigginschilds.com


Best Lawyers BEST LAW FIRMS U.S. News 2020

NOTICE: This e-mail and any attachments to it may be privileged, confidential or contain trade secret information. If you are not the intended recipient, please notify me immediately by reply e-mail and delete the e-mail and any attachment from your system. Unintended recipients are not authorized to use, disseminate, retain, print or copy the e-mail or its attachments.

NOTICE: This e-mail and any attachments to it may be privileged, confidential or contain trade secret information. If you are not the intended recipient, please notify me immediately by reply e-mail and delete the e-mail and any attachment from your system. Unintended recipients are not authorized to use, disseminate, retain, print or copy the e-mail or its attachments.

NOTICE: This e-mail and any attachments to it may be privileged, confidential or contain trade secret information. If you are not the intended recipient, please notify me immediately by reply e-mail and delete the e-mail and any attachment from your system. Unintended recipients are not authorized to use, disseminate, retain, print or copy the e-mail or its attachments.

NOTICE: This e-mail and any attachments to it may be privileged, confidential or contain trade secret information. If you are not the intended recipient, please notify me immediately by reply e-mail and delete the e-mail and any attachment from your system. Unintended recipients are not authorized to use, disseminate, retain, print or copy the e-mail or its attachments.

NOTICE: This e-mail and any attachments to it may be privileged, confidential or contain trade secret information. If you are not the intended recipient, please notify me immediately by reply e-mail and delete the e-mail and any attachment from your system. Unintended recipients are not authorized to use, disseminate, retain, print or copy the e-mail or its attachments.