# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **KAREN KELLY,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No.: 2:23-cv-183-AMM |
| **SHERIFF NICK SMITH,** *in his individual and official capacities*, *et al.*, | ) |
| **Defendants.** | ) |

## ORDER

This case is before the court on the defendants' unopposed motion to stay. Doc. 30. Based on the special circumstances involved in this case, the court finds that a stay is in the interests of justice, and therefore **GRANTS** the defendants' motion. *See United States v. Lot 5, Fox Grove*, 23 F.3d 359, 364 (11th Cir. 1994). This case is **STAYED**, and the parties are ordered to file a status report on or shortly before October 22, 2024, to update the court as to the status of the pending criminal and administrative investigations.

**DONE** and **ORDERED** this 22nd day of April, 2024.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE