# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

| | |
|---|---|
| KAREN KELLY, | ) |
| PLAINTIFF, | ) ) ) |
| v. | ) ) Case No.: 2:23-cv-00183-AMM |
| SHERIFF NICK SMITH, *et al.* | ) ) |
| DEFENDANTS. | ) ) |

## JOINT STATUS REPORT

Pursuant to the Court's April 22, 2024, Order (Doc. 31), the parties hereby file this Joint Status Report. The parties state that the pending criminal and administrative investigations are ongoing. To date, a number of individuals have entered into plea agreements in federal court, including the plaintiff in this matter, Karen Kelly. Ms. Kelly and two other individuals have pleaded guilty to misdemeanor offenses for Deprivation of Rights under Color of Law in violation of Title 18, United States Code, Section 242. In addition, two other individuals have pleaded guilty to felony violations of Title 18, United States Code, Section 241, Conspiracy to Deprivation of Rights under Color of Law. The parties and key non-party witnesses have stated their continuing intent to assert their Fifth Amendment privilege against self-incrimination while the Justice Department's investigation

1

remains ongoing, and it appears likely that other witnesses and potential witnesses would do so. Accordingly, the parties request that this matter remain stayed.

Respectfully submitted,

**/s/L. William Smith**
Jon C. Goldfarb
L. William Smith
Christina M. Malmat
Wiggins, Childs, Pantazis, Fisher
& Goldfarb, LLC
301 19th Street North
Birmingham, AL 35203
jcg@wigginschilds.com
wsmith@wigginschilds.com
cmalmat@wigginschilds.com

**/s/Jamie H. Kidd Frawley**
JAMIE H. KIDD FRAWLEY (HIL067)
Attorney for Defendants
WEBB MCNEILL WALKER PC
One Commerce Street, Suite 700 (36104)
Post Office Box 238
Montgomery, Alabama 36101-0238
(334) 262-1850 – T
(334) 262-1889 – F
jfrawley@wmwfirm.com